■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON CRUZ, Appellant. [805 NYS2d 93]—

Appeal by the defendant, by permission, from an order of the Supreme Court, Kings County (Kreindler, J.), dated March 5, 2003, which denied, without a hearing, his motion pursuant to CPL 440.10 to vacate a judgment of the same court rendered March 12, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the order is affirmed.

The Supreme Court properly exercised its discretion in denying, without a hearing, the defendant's motion to vacate a judgment of conviction. Not only did the defendant fail to make a showing of due diligence with respect to his claim of newly discovered evidence, but the evidence was not such that it would probably change the result in the event a new trial was granted (*see People v Salemi,* 309 NY 208, 216 [1955], *cert denied* 350 US 950 [1956]; *People v Cabrera,* 1 AD3d 375 [2003]; *People v Latella,* 112 AD2d 321 [1985]).

Further, the defendant was provided with meaningful representation (*see People v Benevento,* 91 NY2d 708 [1998]).

The defendant's remaining contentions are without merit (*see* CPL 440.10 [2] [c]; *see also People v Favor,* 82 NY2d 254, 260-261 [1993]). Florio, J.P., Krausman, Skelos and Covello, JJ., concur.